429 A.2d 760

Murphy, Appellant v. Tallardy.

Reargument Denied March 18, 1981.

Argued September 8, 1980. Robert J. Murphy, submitted a brief on behalf of appellant; Stephen J. Polaha, for appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

December 19, 1980.

429 A.2d 760

Commonwealth v. Auman, Appellant.

Submitted March 6, 1980. Harold E. Powell, for appellant; Randall E. Zimmerman, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Order and judgment of sentence affirmed.